IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY FLOWERS                                                                                       PLAINTIFF

v.                               NO. 4:17CV00604 JLH

MAIRI McCARTNEY, in her
individual and official capacities, et al.                                     DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the defendants on the claims of Mary Flowers. The complaint of Mary Flowers is dismissed with prejudice.

IT IS SO ORDERED this 8th day of January, 2019.

                                                                 _____
                                                                 J. LEON HOLMES
                                                                 UNITED STATES DISTRICT JUDGE